**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADAM LORBER, Derivatively on behalf of VIATRIS INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTT ANDREW SMITH, THEODORA MISTRAS, CORINNE LE GOFF, MELINA HIGGINS, W. DON CORNWELL, JOELLEN LYONS DILLON, ELISHA FINNEY, LEO GROOTHUIS, JAMES M. KILTS, RICHARD MARK, MARK PARRISH, ROGERIO VIVALDI COELHO, RAJIV MALIK, and HARRY KORMAN, <br><br> Defendants, <br><br> and <br><br> VIATRIS INC., <br><br> Nominal Defendant. | Case No. 1:26-cv-00579-UNA |

**<u>PROPOSED ORDER</u>**

This _____ day of _____, 2026, plaintiff Adam Lorber, derivatively on behalf of Viatris Inc. ("Plaintiff"), having moved for Leave to File Complaint Under Seal (the "Motion"), and the Court having determined that good cause exists for the requested relief;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the Motion is GRANTED.

_____
United States District Judge